oifp (08/07)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

Sandra Marie Smith                    Bankruptcy Proceeding No. 10–41744–TLS
                                      Chapter 7

Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

The filing fee is waived and all subsequent filing fees of the debtor in this case are waived. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED. Denied. Debtor's income exceeds the limit for informa pauperis relief for a family size of "1".

IT IS FURTHER ORDERED THAT:
The debtor either
(1) pay the chapter 7 filing fee in full within **14 days** of the date this Order was entered, or
(2) begin making installment payments according to the following terms:

**Payment of $299.00 is due in full by October 2, 2010**

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.
Notice – this court is unable to accept a personal check from the debtor.

Dated: 6/4/10

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies mailed or electronically sent by the court to:

Sandra Marie Smith
715 Kufuf
Ravenna, NE 68869